JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA MEJIA, HENRY MARTINEZ, MIGUEL MARTINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> GREYHOUND BUS LINES, INC., ET. AL., <br><br> Defendants. | CASE NO. CV 14-8604-PJW <br><br> J U D G M E N T |

Pursuant to the Order filed this day,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: March 23, 2016

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Consent\Mejia v. Greyhound\judgment.wpd